UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
*(MIAMI DIVISION)*

CASE NO. 12-CV-23743-PCH/Otazo-Reyes

RICARDO DEVENGOECHEA,

    Plaintiff,

vs.

BOLIVARIAN REPUBLIC OF VENEZUELA,
a foreign state,

    Defendant,

and,

BANK OF AMERICA, N.A.,

    Garnishee.
_____/

District Judge: Paul C. Huck
Magistrate Judge: Alicia M. Otazo-Reyes

## GARNISHEE BANK OF AMERICA, N.A.'S MOTION FOR STAY PENDING SETTLEMENT NEGOTIATIONS AND NOTICE OF PENDING SETTLEMENT

Bank of America, N.A., ("Bank of America" or the "Bank"), by and through its undersigned counsel, pursuant to Local Rule 7.1(a) for the United States District Court for the Southern District of Florida, and for good cause, hereby files this Motion for Stay Pending Settlement Negotiations and Notice of Pending Settlement, and as grounds therefore states as follows:

1. This case involves garnishment proceedings in which this Court granted Defendant's Motion to Dissolve Writ of Garnishment [D.E. 52] in an Order Adopting Report and Recommendation and Dissolving Writ of Garnishment [D.E. 70].

2. Thereafter, Bank of America as garnishee filed a Motion for Attorney's Fees and Costs Pursuant to § 77.28, Florida Statutes (hereafter, "Motion for Fees") [D.E. 72]. Plaintiff then filed a Response in Opposition to Garnishee's Motion for Attorney's Fees and Costs and

CASE NO. 12-CV-23743-PCH

Supporting Memorandum of Law (hereafter, "Response") [D.E. 74].  The Motion for Fees remains pending.

3. Bank of America's reply to the Response was due on February 9, 2015.  On that day, Bank of America filed a Motion for Extension of Time to Reply to Plaintiff's Response in Opposition to Garnishee's Motion for Attorney's Fees and Costs (hereafter, "Motion for Extension of Time") [D.E. 75].

4. In the Motion for Extension of Time, Bank of America noted that although it had reached a settlement agreement with Plaintiff, it appeared that Plaintiff did not intend to perform.

5. However, at this time, the settlement no longer appears to be at risk.  Consequently, to finalize the documents necessary to culminate and fund the settlement, Bank of America seeks a 30 day stay of the garnishment proceedings.

6. The undersigned met and conferred with Plaintiff's and Defendant's counsel regarding this motion, and neither objects to the relief sought.

## MEMORANDUM OF LAW

It is proper to abate proceedings pending settlement negotiations.  *See In re MDL-1824 Tri-State Water Rights Litig.*, 644 F. 3d 1160, 1174 (11th Cir. 2011); *see also Taylor v. Alabama*, 275 F. App'x 836, 838 (11th Cir. 2008).  Here, it would serve judicial economy to stay the garnishment proceedings in this action because Plaintiff and Bank of America are finalizing a settlement agreement as to the Motion for Fees.

WHEREFORE, based upon the foregoing, Bank of America, N.A., respectfully requests this Court enter an order staying the garnishment proceedings in this case for 30 days, and grant any other such relief this Court deems just and proper.

CASE NO. 12-CV-23743-PCH

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(3)

In compliance with local rule 7.1(a)(3), the undersigned hereby certifies that he has conferred with all parties and non-parties who may be affected by the relief sought in this motion in a good faith effort to resolve by agreement the issues to be raised in this motion. The undersigned met and conferred with both Plaintiff's and Defendant's counsel, who agree to a stay of the proceedings to culminate a settlement agreement as to the Bank's Motion for Fees.

Dated: February 18, 2015

                                                Respectfully submitted,

                                                 */s/ Miguel M. Cordano*
                                                Miguel M. Cordano (Fla. Bar No. 523682)
                                                mc@lgplaw.com
                                                Jeremy Roth (Fla. Bar No. 96701)
                                                jroth@lgplaw.com
                                                **Liebler, Gonzalez & Portuondo**
                                                Courthouse Tower − 25th Floor
                                                44 West Flagler Street
                                                Miami, FL 33130
                                                Telephone: (305) 379-0400
                                                Facsimile:  (305) 379-9626
                                                Attorneys for Garnishee Bank of America, N.A.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 18th, 2015 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel or parties of record on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                 */s/ Miguel M. Cordano*
                                                Miguel M. Cordano

CASE NO. 12-CV-23743-PCH

## SERVICE LIST

| | |
|---|---|
| Martha M. Mora, Esq.<br>mmora@arhmf.com<br>Avila Rodriguez Hernandez Mena & Ferri LLP<br>2525 Ponce de Leon Blvd., Penthouse 1225<br>Miami, FL 33134<br>Telephone: (305) 779-3560<br>Facsimile: (305) 779-3561<br>Attorneys for Plaintiff Ricardo Devengoechea | Max R. Price, Esq.<br>mprice@pricelegal.com<br>Law Office of Max R. Price PA<br>6701 Sunset Drive, Suite 104<br>Miami, FL 33143<br>Telephone: (305) 662-2272<br>Facsimile: (305) 667-3975<br>Attorneys for Plaintiff Ricardo Devengoechea |
| Joseph D. Pizzurro<br>jpizzurro@curtis.com<br>Curtis, Mallet-Prevost, Colt & Mosle LLP<br>101 Park Avenue<br>New York, NY 10178<br>Telephone: (212) 696-6196<br>Facsimile: (917) 368-8996<br>Attorneys for Defendant Bolivarian Republic of Venezuela | Mitchell Edward Widom, Esq.<br>mwidom@bilzin.com<br>Bilzin Sumberg Baena Price & Axelrod L.L.P<br>1450 Brickell Ave Ste 2300<br>Miami, FL 33131-3456<br>Phone: (305) 374-7580<br>Fax: (305) 374-7593<br>Attorneys for Defendant Bolivarian Republic of Venezuela |