UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 12-CV-23743-HUCK/OTAZO-REYES

RICARDO DEVENGOECHEA, )
)
Plaintiff, )
)
vs. )
)
BOLIVARIAN REPUBLIC OF )
VENEZUELA, a foreign State, )
)
Defendant. )
_____________________________ )

**STATUS REPORT AND PROPOSAL**

Plaintiff's attorney Max R. Price is recovering and has returned to work part time. To facilitate the progress of this action, and in keeping with the interest in avoiding default judgments, especially in FSIA cases, Plaintiff proposes the attached stipulation to vacate the clerk's default and default judgment and to permit the Defendant to interpose a response to the complaint within thirty (30) days of entry of the stipulation.

Respectfully Submitted,

LAW OFFICES OF MAX R. PRICE, P.A.
Attorneys for Plaintiff
6701 Sunset Drive, Suite 104
Miami, Florida 33143
Tel.: (305) 662-2272
Fax: (305) 667-3975
Primary: mprice@pricelegal.com
Secondary: nadia@pricelegal.com

BY: /s/ *Max R Price*
MAX R. PRICE, ESQ.
FBN: 651494

## CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing was served by electronic mail on June 11, 2015 on all counsel or parties of record on the Service List below.

/s/ *Max R. Price*

## SERVICE LIST

Joseph D. Pizzurro
Kevin Meehan, Esq.
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178
Email: jpizzurro@curtis.com
Email: kmeehan@curtis.com
*Counsel for Defendant Bolivarian Republic of Venezuela*

Mitchell Edward Widom, Esq.
Bilzin Sumberg Baena Price & Axelrod L L P
1450 Brickell Ave Ste 2300 Miami, FL 33131-3456
Email: mwidom@bilzin.com
*Co-Counsel for Defendant Bolivarian Republic of Venezuela*

Martha M. Mora, Esq.
Avila Rodriguez Hernandez Mena & Ferri LLP
2525 Ponce de Leon Blvd., Penthouse 1225
Miami, FL 33134
Email: mmora@arhmf.com
*Co-Counsel for Plaintiff Ricardo Devengoechea*

Miguel M. Cordano, Esq.
Jeremy Roth, Esq.
Liebler, Gonzalez & Portuondo
Courthouse Tower – 25th Floor
44 W. Flagler Street
Miami, FL 33130
Email: mc@lgplaw.com; jroth@lgplaw.com
*Counsel for Garnishee Bank of America*