

Location: Orlando Florida Executive Airport
October 17, 2007 12:16am



