

*República de Colombia.*

# SIMON BOLIVAR,

### Libertador presidente de la República, et. et. et.

Atendiendo a *[ilegible] y [ilegible]* *[ilegible]* *[ilegible]* *[ilegible]* *[ilegible]* *[ilegible]* *[ilegible]* *[ilegible]* del 1er batallon de milicia auxiliar *[ilegible]* de Santa Marta Joaquin Ellies *[ilegible]* he venido en *[ilegible]* le *[ilegible]* el Coronel efectivo *[ilegible]* en *[ilegible]* en el mando de dicho cuerpo————————

————Por tanto, ordeno y mando al jefe a quien corresponda le ponga———

en posesion del referido *[empleo de Coronel efectivo de milicia]*————

————————————————————————————————

guardandole y haciendole guardar los fueros, honores y privilejios que le———

competen; y que se tome razon de este despacho en las oficinas de ha————

cienda correspondientes, para que se le haga el abono del sueldo en los———

terminos que la ley señala. Dado, firmado de mi mano, sellado con el———

sello del Estado, y refrendado por el secretario de estado del despacho de———

la guerra, en el palacio del gobierno, en Bogotá a *[ilegible] y [ilegible] de Julio*

de mil ochocientos veintinueve 19º de la independencia.

*[firma]*

V. E. asciende al coronel efectivo de milicias de Santa Marta *[ilegible]*
Joaquin Ellies

74

[Partially handwritten document:]

*Commercial License*         *Republic of Colombia*         *No. 229*

*Simon Bolivar*

*Liberator, President of the Republic, etc. etc., etc.*

*Whereby citizen **Joaquin de Mier, domiciled in Santa Marta**, has duly certified that he is the legitimate owner of the **national ship named "El Manuel," eighty-three (83)** feet in length, a beam of **twenty (20) feet** and a depth of hold of **(10) feet**, a deadweight tonnage of **one hundred and seventy-six 54/94 tons**, currently captained by citizen **Adolfo Reven**; and the aforementioned owner citizen Joaquin de Mier having posted the bond required by law. I hereby grant this commercial license so that he may therewith navigate and trade with those nations that are friends of the Republic, under the express condition that the aforesaid Captain must present a crew roster before an Enrollment Captain, pledging to oversee the preservation of the ship and respond to its failures as provided under the Ordinances of the Navy. I order the Commanders of the naval squadron of the Republic and other naval officers and servicemen to avoid imposing any impediments, cause difficulties or detain said ship, but rather provide assistance thereto and facilitate whatever may be needed for its normal navigation and legitimate commerce. To this end, I hereby issue this commercial license that shall be valid for a period of /illegible, mutilated/ months and upon conclusion thereof to be collected by the Naval Commander of the Department where the ship arrives.*

*Issued and personally signed and sealed by me with the Seal of the State and approved by the Secretary of State and the Office of the Treasury in the Palace of Government in Bogotá, on this **seventh (7th)** day of **February**, eighteen hundred and **thirty (1830)**, **Twentieth (20th)** Year of the Independence.*

    *Simon Bolivar*         *As Secretary of State of the*

                                            ~~*Department*~~ *Office of the Treasury*

                                              *Nicolas M.* _____

CERTIFIED TRANSLATION
PREPARED BY
SEVEN LANGUAGES, INC.

77

N 229

PATENTE
MERCANTIL

# REPUBLICA DE COLOMBIA

## SIMON BOLIVAR

### Libertador, Presidente, etc. etc. etc.

POR cuanto el ciudadano _____ ha hecho constar que es lejítimo dueño del _____ nombrado _____ de _____ de eslora, _____ de puntal, del porte de _____ toneladas, de _____ cual es capitan al presente, el ciudadano _____ de manga i de _____ i habiendo el espado dueño _____ otorgado la fianza requerida por la ley.

Por tanto le concedo esta patente mercantil, para que con ella nave i comercie con Naciones amigas de la República, con espresa condicion de que dicho capitan, deberá formar lista de su tripulacion delante de una capitan de marina, obligándose á cuidar de su conservación i responder de sus faltas, segun previenen las ordenanzas de marina; i mando á los comandantes de la escuadra de la República i demas oficiales i dependientes de la marina no le pongan embarazo, molesten ni detengan, antes le auxilien i faciliten lo que hubiere menester para su regular navegación i lejítimo comercio: á cuyo fin despacho esta patente, que servirá por el término de _____ meses; i concluidos que sean, la recojerá el comandante de marina del departamento donde llegare.

Dada, firmada de mi mano, sellada con el sello de la República, i refrendada por el secretario de estado i del despacho de hacienda en el palacio de gobierno en Bogotá á _____ de _____ de mil ochocientos treinta _____ de la independencia.