

Caracas, 15 de octubre de 2007

Señor
**Ricardo DeVengoechea de Mier**
Presente.-

Estimado Señor:
Me es grato saludarle en ocasión de manifestarle lo siguiente. El Ministerio del Poder Popular para la Cultura a través de sus entes adscritos adelanta una serie de proyectos y acciones destinadas a recrear y documentar hechos, personajes y acontecimientos históricos con el fin de garantizar nuestra identidad cultural, así como divulgar nuestros valores humanos.

En este sentido y en conocimiento de su preparación y experiencia como realizador y productor audiovisual, quisiéramos extenderle una invitación a nuestro país con la finalidad de acompañarnos en la realización de un documental sobre la vida de Don Joaquín de Mier, ciudadano de origen español y personaje de interés para nuestro país ya que fue en un inmueble de su propiedad, la quinta San Pedro Alejandrino, donde falleciera nuestro Libertador Simón Bolívar. La recreación de la vida de Simón Bolívar contempla diversos capítulos y temas donde su activa y sensible participación vendría a enriquecer y ampliar nuestros objetivos.

Con la seguridad de contar con su positiva y entusiasta respuesta, me despido a la espera de su positiva y pronta respuesta,



Zuleiva Vivas
Presidenta

---

Edif. Sede del MAC, PB, Zona Cultural, Parque Central
Teléfonos: 5775092 - 5777554 - 5779551, Fax: 5771726, E-Mail: fundacionmuseosnacionales@gmail.com