UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-23743-CIV-HUCK/MCALILEY

RICARDO DEVENGOECHEA,

    Plaintiff,

v.

BOLIVARIAN REPUBLIC OF
VENEZUELA, a foreign state,

    Defendant.

_____/

## ORDER

This cause is before the Court on Defendant's Agreed Motion to Stay Proceedings Pending Settlement (the "Motion"), filed on December 14, 2018 [ECF No. 220]. Having reviewed the Motion and being otherwise duly advised, it is hereby

ORDERED and ADJUDGED that the Motion is **GRANTED**. The parties shall immediately advise the Court if this matter is settled. The Order setting the non-jury trial for the two-week period commencing Monday, February 4, 2019, and calendar call for Wednesday, January 30, 2019 [ECF No. 207], is **VACATED**. In the event that this matter is not settled, the non-jury trial is scheduled to commence during the two-week period commencing **Monday, April 8, 2019**. Calendar call shall be held on **Wednesday, April 3, 2019, at 9:00 a.m.**

DONE and ORDEDRED in Chambers in Miami, Florida on December 17, 2018.

                                                  Paul C. Huck
                                               United States District Judge

Copies provided to:
All counsel of record