UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

| | | |
|---|---|---|
| RICARDO DEVENGOECHEA, | ) | Case No.: 12-23743-CIV-HUCK/McALILEY |
|     Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| BOLIVARIAN REPUBLIC OF | ) | |
| VENEZUELA, a foreign state, | ) | |
|     Defendant. | ) | |
| _____ | ) | |

## <u>ORDER</u>

This cause is before the Court on plaintiff's unopposed motion for a stay of this action *nunc pro tunc* to Feb. 27, 2019 to enable plaintiff to consummate the settlement of this action in light of the situation between the United States and Venezuela, together with the issuance of Executive Order 13850. Having reviewed the motion and being otherwise duly advised, it is hereby

ORDERED AND ADJUDGED that the motion is granted. This action is stayed *nunc pro tunc* to Feb. 27, 2019, subject to the further Order of this Court. Either party may seek relief from the stay at any time for good cause.

DONE AND ORDERED in Chambers in Miami, Florida on February ____, 2019.

_____
Paul C. Huck
United States District Judge

Copies provided to:
All counsel of record

-1-