UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-23743-CIV-HUCK/MCALILEY

RICARDO DEVENGOECHEA,

    Plaintiff,

v.

BOLIVARIAN REPUBLIC OF
VENEZUELA, a foreign state,

    Defendant.
_____/

## ORDER

This cause is before the Court on Plaintiff's Unopposed Motion for Stay of Action Nunc Pro Tunc to Present Date Feb. 27, 2019 in Light of Presidential Sanctions (the "Motion") [ECF No. 226], filed February 27, 2019. Having reviewed the Motion and being otherwise duly advised, it is hereby

ORDERED and ADJUDGED that the Motion is **GRANTED**. This action is stayed *nunc pro tunc* to February 27, 2019. The Order setting the non-jury trial for the two-week period commencing Monday, April 8, 2019, and calendar call for Wednesday, April 3, 2019 [ECF No. 225], is **VACATED**. The Court will lift the stay upon an appropriate motion by either party.

DONE and ORDEDRED in Chambers in Miami, Florida on February 28, 2019.

                                            Paul C. Huck
                                            United States District Judge

Copies provided to:
All counsel of record