

**DEPARTMENT OF THE TREASURY**
WASHINGTON, D.C. 20220

LICENSE No. VENEZUELA-EO13884-2019-▮

**VENEZUELA SANCTIONS REGULATIONS**

**LICENSE**

Issued under the authority of one or more of 50 U.S.C. §§ 1601-51, 1701-06, Pub. L. 113-278, Executive Orders 13692, 13808, 13827, 13835, 13850, 13857, and 13884, and 31 C.F.R. Parts 501 and 591.

**To:**   Law Offices of Max Price, P.A.
c/o Law Offices of Poblete Tamargo
510 King Street - Suite 350
Alexandria, VA 22314
**Attn:** Arthur M. Freyre

1. Based upon your request dated December 13, 2019, supplemental correspondence dated September 18, 2020, and additional information available to the Office of Foreign Assets Control (the "Application"), the transactions described herein are hereby authorized.

2. This License is subject to the condition, among others, that the Licensee(s) comply with its terms and with all regulations, rulings, orders, and instructions issued under any of the authorities cited above.

3. This License **expires on April 30, 2023** and is not transferable. The transactions described in this License are subject to the authorities cited above and any regulations and rulings issued pursuant thereto. This License may be revoked or modified at any time. If this License was issued as a result of willful misrepresentation it may be declared void from the date of its issuance or from any other date.

4. This License does not authorize transactions prohibited by any law or regulation administered by the Office of Foreign Assets Control other than those listed above.

5. This License does not excuse the Licensee(s) from the need to comply with any law or regulation (including reporting requirements) administered by any other agency or the need to obtain any required authorization(s) from any other agency.

Issued on behalf of the Secretary of the Treasury:

**OFFICE OF FOREIGN ASSETS CONTROL**



By ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮   April 29, 2021
Nikole Thomas                                      Date
Assistant Director for Licensing

Attention is directed to, *inter alia*, 18 U.S.C. § 1001, 50 U.S.C. § 1705, and Pub. L. 113-278, § 5(b)(2) for provisions relating to penalties.

License No. VENEZUELA-EO13884-2019-█████       Page 2 of 2

**SECTION I – AUTHORIZATION:** Subject to the conditions and limitations stated herein, The Law Offices of Max Price, P.A. and Ricardo Devengoechea (collectively the "Licensees") are authorized to engage in all transactions that are ordinarily incident and necessary for the implementation of Ricardo Devengoechea's settlement agreement with the Government of Venezuela (GOV) and for Ricardo Devengoechea to receive █████████ from the GOV pursuant to the settlement agreement, as described in the Application.

**SECTION II – WARNINGS:** **(a)** Except as authorized in **SECTION I**, above, this License does not authorize the transfer of any blocked property, the debiting of any blocked account, the entry of any judgment or order that effects a transfer of blocked property, or the execution of any judgment against property blocked pursuant to any Executive order or Chapter V of Title 31 of the C.F.R.

**(b)** Except as authorized in **SECTION I**, above this License does not authorize the transfer to or receipt of funds or other property, directly or indirectly, from any entity or individual whose property or interests in property are blocked pursuant to any Executive order or Chapter V of Title 31 of the C.F.R.

**(c)** Any transfer of funds through the U.S. financial system pursuant to the authorization set forth above should reference the number of this License to avoid the blocking or rejection of the transfer.

**SECTION III – RECORDKEEPING & REPORTING REQUIREMENTS:** The Licensee is subject to the recordkeeping and reporting requirements of, *inter alia*, 31 C.F.R. §§ 501.601 and 501.602, including the requirement to maintain full and accurate records concerning the transactions undertaken pursuant to this License for a period of five years from the date of each transaction.

**SECTION IV – PRECEDENTIAL EFFECT:** The authorization contained in this License is limited to the facts and circumstances specific to the Application.
*********************************************************************