UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

| | |
|---|---|
| RICARDO DEVENGOECHEA,<br>    plaintiff,<br>vs.<br><br>BOLIVARIAN REPUBLIC OF<br>VENEZUELA, a foreign state,<br>    defendant. | Case No.: 12-23743-CIV-HUCK/McALILEY |

**CONFIRMATION OF MULTIPLE SERVICE OF
PLAINTIFF'S NOTICE TO THE ADMINISTRATION OF JUAN GUAIDO
AND TO ALL PERSONS, ENTITIES AND/OR ADMINISTRATIONS WHICH HAVE
AUTHORITY TO REPRESENT DEFENDANT BOLIVARIAN REPUBLIC OF
VENEZUELA IN THIS ACTION** [1]

Plaintiff has caused service of the attached Notice of the Pendency of this Action ("Notice"), List of Exhibits thereto, and Exhibits 1-12 thereto (collectively attached as Exh.1) on the Administration of Juan Guaido and on persons, entities and/or administrations which have the authority to represent defendant Bolivarian Republic of Venezuela in this action, in the following manners and on the following dates, shown by the attached Affidavits and Certificate:

Attached Exh.1 = Document which was served, consisting of Notice, List of 12 Exhibits thereto, and Exhibits 1-12 thereto (dollar settlement amount redacted from the Exhibits to the attached *filed* copy of the Notice, although the dollar settlement amount was not redacted from the Exhibits to the *served* copy of the Notice);

---

[1] The attached Notice which Plaintiff served does not purport to be process or service of process equivalent to a Summons and Complaint. A formal Summons and Complaint was previously served on defendant Bolivarian Republic of Venezuela in this action, and defendant Bolivarian Republic of Venezuela previously appeared in this action by attorneys authorized to represent it at that time. Thus there is no necessity for further process such as a Summons and Complaint or anything equivalent thereto. The attached Notice which Plaintiff served merely gave notice to the administration of Juan Guaido and to all persons, entities and/or administrations having authority to represent defendant Bolivarian Republic of Venezuela of their right to participate in this already-pending action and to defend the defendant Bolivarian Republic of Venezuela in this action.

-1-

Attached Exh.2 = Affidavit and emails re twice attempted in-person service of attached Notice, List of 12 Exhibits thereto, and Exhibits 1-12 thereto (in-person service not successful twice, Embassy locked);

Attached Exh.3 = Affidavit of dual Post Office service of attached Notice, List of 12 Exhibits thereto, and Exhibits 1-12 thereto – served both by certified mail, return receipt requested, and by ordinary first class mail (service successful both mailings; Post Office return receipt attached; neither mailing returned by Post Office);

Attached Exh.4 = Affidavit of email service of attached Notice, List of 12 Exhibits thereto, and Exhibits 1-12 thereto – served by email to serviciosconsulares@us.embajadavenezuela.org (service successful; Affidavit of Service shows email receipt in Spanish attached; office of undersigned counsel for Plaintiff also provides attached English translation of email receipt in Spanish);

Attached Exh.5 = Affidavit of email service of attached Notice, List of 12 Exhibits thereto, and Exhibits 1-12 thereto – served by email to bfincheltub@us.embajadavenezuela.org (service successful; Affidavit of Service confirms that email service was not rejected/bounced back);

Attached Exh.6 = Undersigned counsel's Certificate of Service of attached Notice, List of 12 Exhibits thereto, and Exhibits 1-12 thereto – served by email upon counsel of record for defendant Bolivarian Republic of Venezuela who are in regular contact with the Guaido regime (service successful; sent to email addresses of defendant's counsel of record).

In accord with this Court's Order, Plaintiff's response to defendant's motion to dismiss and for summary judgment (ECF 221-224) is due in 45 days.

## CERTIFICATE OF SERVICE

  This Confirmation of Service and the attached Exhibits showing service were themselves served upon counsel of record for defendant in this action by the filing of this Confirmation of Service and of the attached Exhibits with this Court whose ECF system then served counsel of record for defendant at their respective email addresses.

Dated:  September 23, 2022     LAW OFFICE OF DENNIS GROSSMAN
                 Dennis Grossman

                 by:  /s/ Dennis Grossman
                    Dennis Grossman
                 Attorney for plaintiff
                 6701 Sunset Drive (Suite 104)
                 Miami, Florida 33143
                 (516) 466-6690
                 dagrossmanlaw@aol.com
                 FBN 0841811

                 LAW OFFICE OF MAX R. PRICE, P.A.
                 Max R. Price
                 Attorneys for plaintiff
                 6701 Sunset Drive (Suite 104)
                 Miami, Florida 33143
                 (305) 662-2272
                 mprice@pricelegal.com
                 FBN 651494