UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

| | |
|---|---|
| RICARDO DEVENGOECHEA, ) | Case No.: 12-CV-23743-HUCK |
|     Plaintiff, ) | |
| vs. ) | |
| BOLIVARIAN REPUBLIC OF ) | |
| VENEZUELA, a foreign state, ) | |
|     Defendant. ) | |

## PLAINTIFF'S NOTICE OF TRIAL

**To Defendant Bolivarian Republic of Venezuela:**

**PLEASE TAKE NOTICE** that at a calendar-call conference today November 29, 2023, Judge Paul C. Huck of this Court ordered that the trial of this action will proceed on Monday December 4, 2023 at 9:00 AM Miami time at the following location:

United States District Court
400 North Miami Avenue
Courtroom of Honorable Paul C. Huck
13th floor, Courtroom 13-2
Miami, Florida 33128
Tel.: 305-523-5520

## CERTIFICATE OF SERVICE

True copies of this Document have been served upon Defendant Bolivarian Republic of Venezuela on this November 29, 2023 in the following manners:

by email to Defendant Bolivarian Republic of Venezuela addressed to:

ministeriopublico@mp.gob.ve, bfincheltub@us.embajadavenezuela.org, serviciosconsulares@us.embajadavenezuela.org, misionvenezuelaonu@gmail.com, despacho.embveus@mppre.gob.ve; and to attorney Bryan Busch, Esq. (attorney who has not formally appeared for Defendant but who has recently communicated by telephone and email) at bb@buschmills.com; and to
attorney Carlos Acevedo, Esq. (attorney who has not formally appeared for Defendant but who has recently communicated by telephone and email) at cacevedo@krupnicklaw.com; and to

-1-

        2 further email addresses of Defendant Venezuela supplied by Defendant's former attorneys.  These 2 further email addresses are required to be kept confidential by Court order filed February 2, 2023 (ECF 253 ¶ 4).

Dated:  November 29, 2023         LAW OFFICE OF DENNIS GROSSMAN

        by:  /s/ Dennis Grossman
            Dennis Grossman
        Attorney for Plaintiff
        6701 Sunset Drive (Suite 104)
        Miami, Florida 33143
        (516) 466-6690
        dagrossmanlaw@aol.com
        FBN 0841811

        LAW OFFICE OF MAX R. PRICE, P.A.
        Max R. Price
        Attorneys for Plaintiff
        6701 Sunset Drive (Suite 104)
        Miami, Florida 33143
        (305) 662-2272
        mprice@pricelegal.com
        FBN 651494