UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

RICARDO DEVENGOECHEA,   )   Case No.: 12-CV-23743-HUCK
    Plaintiff,   )
vs.   )
BOLIVARIAN REPUBLIC OF   )
VENEZUELA, a foreign state,   )
    Defendant.   )
_____   )

**ORDER DISPENSING WITH STAY UNDER FED.R.CIV.P. 62(a) AND DISPENSING WITH DELAY IN ENFORCEMENT AND/OR DOMESTICATION UNDER 28 U.S.C. § 1963**

This cause came before this Court on motion by the Plaintiff during trial on December 4, 2023 for an order (1) pursuant to Fed.R.Civ.P. 62(a) dispensing with the stay in enforcement and/or domestication of the judgment in this action under that Rule, and (2) pursuant to 28 U.S.C. § 1963 dispensing with the delay in enforcement and/or domestication of the judgment in this action so that Plaintiff immediately may enforce and domesticate the judgment in this action in the United States District Court for the District of Delaware without delay, and

Plaintiff having alerted this Court and Defendant to the details and reasons for this motion in Plaintiff's Pretrial Statement in this action (ECF 289 at pp.4-5), and

Plaintiff having reported as follows: that because of the extreme difficulties of recovering judgments against foreign countries generally and against Venezuela in particular, the best – and perhaps only – opportunity for Plaintiff to recover moneys in satisfaction of a judgment against Venezuela lies in a case now pending in the United States District Court for the District of Delaware. That case has imminent deadlines. The Delaware Federal Court has ordered the sale of Venezuelan-owned shares in Citgo Oil Co. to satisfy claims against Venezuela by judgment-creditors generally. *Crystallex International Corp. v. Bolivarian*

-1-

*Republic of Venezuela,* Misc. Case No. 17-151-LPS (D.Del.) ("*Crystallex*"). Much more than a judgment is required of creditors, and the deadline is imminent. By January 12, 2024, in order to participate in a recovery from the sale of Citgo shares, creditors not only must obtain a judgment or award against Venezuela but also must domesticate the judgment or award in Delaware federal court, and move there for a writ of attachment, and in addition must actually obtain a writ of attachment from the Delaware federal court – all by January 12, 2024. *See Crystallex* at ECF 738 p.3 (D.Del.) (ordering a January 12, 2024 deadline for judgment-creditors to obtain a writ of attachment in Delaware federal court, to participate in the Citgo recovery). This necessary writ of attachment by January 12, 2024 is "Step 5" in an intricate 7-step process ordered by the Delaware Court. *See Crystallex* at ECF 646 pp.3-8 (D.Del.) (ordering and explaining the 7-step process). Thus Plaintiff in this action seeks immediate enforcement and domestication of the judgment in the Delaware federal court to start the Delaware process to meet its January 12, 2024 deadline.

To make this possible, Plaintiff moves to permit immediate enforcement and domestication of the judgment without the 30-day stay in Fed.R.Civ.P. 62(a) (authorizing this Court to cancel the 30-day stay) and moves to authorize immediate enforcement and domestication of the judgment in Delaware without the 30-day delay in 28 U.S.C. § 1963 (authorizing this Court for good cause to permit immediate enforcement and domestication in another federal court without the 30-day delay in that section).

For good cause shown, to permit Plaintiff to participate timely in the recovery of his judgment sum from the sale of the Citgo shares in Delaware, it is hereby

ORDERED that there shall be no stay in enforcement or domestication of the judgment in this action under Fed.R.Civ.P. 62(a), and that there shall be no delay or stay in Plaintiff's entitlement to enforce and domesticate the judgment in this action in the United States District

Court for the District of Delaware pursuant to 28 U.S.C. § 1963, and that, effective immediately upon entry, Plaintiff may enforce and domesticate the judgment in this action in the United States District Court for the District of Delaware. Nothing in this Order shall impair the control or authority of the United States District Court for the District of Delaware to control and administer the proceedings in its own Court.

Done and ordered in Chambers this 4 day of December 2023 in Miami, Florida.

Hon. Paul C. Huck
United States District Judge