UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

RICARDO DEVENGOECHEA,  )  Case No.: 12-CV-23743-HUCK
    Plaintiff,  )
vs.  )
BOLIVARIAN REPUBLIC OF  )
VENEZUELA, a foreign state,  )
    Defendant.  )
      )

## FINAL JUDGMENT

This action having come to trial before this Court on this December 4, 2023, and the Court having made Findings of Fact and Conclusions of Law, and the Court having granted Plaintiff's motion to dispense with the stay in enforcement and/or domestication of the judgment pursuant to Fed.R.Civ.P. 62(a) and 28 U.S.C. 1963, it is

ORDERED, ADJUDGED AND DECREED that Plaintiff Ricardo Devengoechea shall recover of the Defendant Bolivarian Republic of Venezuela the sum Nine Million Five Hundred Thousand Dollars ($9,500,000.00) plus mandatory prejudgment interest thereon since July 17, 2010 at the annual rate of six percent (6%) per annum in the sum Seven Million Six Hundred Twenty- Eight Thousand Six Hundred Thirty Dollars and Ten Cents ($7,628,630.10), making in all the total sum Seventeen Million One Hundred Twenty Eight Thousand Six Hundred Thirty Dollars and Ten Cents ($17,128,630.10), plus taxable costs, and that Plaintiff shall have execution therefor immediately and may enforce and domesticate this judgment immediately without any stay or delay under Fed.R.Civ.P. 62(a) and/or 28 U.S.C. 1963.

DONE in Chambers, Miami, Florida, this 4th day of December 2023.

Hon. Paul C. Huck
United States District Judge