# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

RICARDO DEVENGOECHEA,

    *Plaintiff,*

    *v.*

BOLIVARIAN REPUBLIC OF VENEZUELA,

    *Defendant.*

Civil Action No. 12-cv-23743-PCH

## NOTICE OF APPEAL

Notice is hereby given that the Bolivarian Republic of Venezuela, Defendant in the above-captioned action, through undersigned counsel, appeals to the United States Court of Appeals for the Eleventh Circuit from all aspects of the Final Judgment entered at ECF 295, attached as **Exhibit A**, on December 4, 2023, and from all previous rulings in this action, including the Court's Findings of Fact and Conclusions of Law entered at ECF 293, attached as **Exhibit B**, on December 4, 2023, Order Dispensing with Stay under Rule 62(a) of the Federal Rules of Civil Procedure entered at ECF 294, attached as **Exhibit C**, on December 4, 2023, and the Order Permitting Enforcement of Judgment Under 28 U.S.C. § 1610(c) at ECF 299, attached as **Exhibit D**, on December 4, 2023.

Dated: Miami, FL
January 3, 2024

Respectfully submitted,

By: /s/ *Jaime Bianchi*
Jaime Bianchi (Bar No. 908533)
WHITE & CASE LLP
200 South Biscayne Blvd.
Suite 4900
Miami, FL 33131
jbianchi@whitecase.com
(305) 371-2700

*Counsel for Bolivarian Republic of Venezuela*